# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 26, 2020

_____

RESPONSE REQUESTED
_____

No. 20-8,    In re: Corey Johnson
             3:92-cr-00068-DJN-2

TO:    United States of America

RESPONSE DUE: **06/02/2020**

Response is required to the motion for authorization to file successive application for post-conviction relief on or before 06/02/2020.

Emily Borneisen, Deputy Clerk
804-916-2704