No. 20-8

---

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**IN RE COREY JOHNSON,**

---

## CAPITAL CASE

## NOTICE OF INTENT TO FILE MOTION FOR LEAVE TO FILE REPLY AND INTENT TO FILE REPLY TO GOVERNMENT'S RESPONSE TO APPLICATION TO FILE A SUCCESSIVE § 2255

Movant, Corey Johnson, hereby submits this Notice to the Court of his intent to file, on June 9, 2020, a Motion for Leave to File a Reply to the Government's Response to Application to File a Successive § 2255 (hereafter "Reply"), accompanied by his proposed Reply.

Respectfully submitted,

/s/Donald P. Salzman
Donald P. Salzman
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

Counsel for Corey Johnson