No. 20-8

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**IN RE COREY JOHNSON,**

**Movant.**

---

## CAPITAL CASE

## MOTION FOR LEAVE TO FILE REPLY TO
## UNITED STATES' RESPONSE TO MOTION FOR AUTHORIZATION
## TO FILE A SUCCESSIVE MOTION PURSUANT TO 28 U.S.C. § 2255(h)(2)

---

Donald P. Salzman
Austin K. Brown
Kathleen Shelton
Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Movant*

Pursuant to Federal Rule of Appellate Procedure 27, Movant Corey Johnson respectfully requests leave to file the attached Reply to the United States' Response to the Motion for Authorization (Appendix A).[1]  Although the Federal Rules of Appellate Procedure and this Court's local rules do not address the filing of a reply in support of a Motion for Authorization under Local Rule 22(d), the Federal Rules of Appellate Procedure generally permit a party seeking relief an opportunity to reply to any opposition.  *See, e.g.*, Fed. R. App. P. 27(a)(4) (permitting reply to response to a motion); Fed. R. App. P. 28(c) (permitting a reply brief).  Given that the Government's Response did not address the primary issues presented by Mr. Johnson, namely the prima facie standard that governs requests to file successive § 2255 motions, and focused instead on a fact-based analysis that is not only premature but also inapposite to § 924(c) analysis, a reply is appropriate.

Respectfully submitted,

/s/Donald P. Salzman
Donald P. Salzman
Austin K. Brown
Kathleen Shelton

---

[1] Mr. Johnson's counsel conferred by email with the Government on June 9, 2020. The Government does not object to the filing of a reply brief, except to the extent any new arguments are raised.

1

Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

Counsel for Corey Johnson

## CERTIFICATE OF COMPLIANCE

1.      This motion contains 190 words, excluding the parts of the motion exempted

from the word count by Local Rule 27(d)(2) and Rule 32(f).

2.      This motion complies with the font, spacing, and type size requirements set

forth in Local Rule 32(a)(5) and (a)(6).

/s/ Donald P. Salzman

## CERTIFICATE OF SERVICE

I certify that on this 9th day of June 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov


Dated: June 9, 2020

/s/ Donald P. Salzman
Skadden, Arps, Slate, Meagher &
Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

Counsel for Corey Johnson

4