No. 20-8

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**IN RE COREY JOHNSON,**

**Movant.**

_____

**CAPITAL CASE**

**MOTION TO HOLD IN ABEYANCE PENDING DECISION BY
THIS COURT IN *TAYLOR V. UNITED STATES***

_____

Donald P. Salzman
Austin K. Brown
Kathleen Shelton
Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Movant*

This Court recently granted a certificate of appealability on the question of "whether an 18 U.S.C. § 924(c) (2018) conviction is subject to vacatur where the indictment charged multiple predicates, one of which is invalid." Order, *United States v. Taylor*, No. 19-7616 (Feb. 12, 2020 4th Cir.). In light of this, Mr. Johnson requests that his case be held in abeyance until *United States v. Taylor* is resolved by this Court.[1]

Respectfully submitted,

/s/Donald P. Salzman
Donald P. Salzman
Austin K. Brown
Kathleen Shelton
Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

Counsel for Corey Johnson

---

[1] Mr. Johnson's counsel conferred by email with the Government on June 9, 2020. The Government has no objection to the filing of this motion but opposes the request to hold in abeyance and plans to file a response on June 10, 2020.

1

## CERTIFICATE OF COMPLIANCE

1.     This motion contains 113 words, excluding the parts of the motion exempted from the word count by Local Rule 27(d)(2) and Rule 32(f).

2.     This motion complies with the font, spacing, and type size requirements set forth in Local Rule 32(a)(5) and (a)(6).

/s/ Donald P. Salzman

2

# CERTIFICATE OF SERVICE

I certify that on this 9th day of June 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

Dated: June 9, 2020                    /s/ Donald P. Salzman
                                       Skadden, Arps, Slate, Meagher & Flom LLP
                                       1440 New York Avenue, N.W.
                                       Washington, D.C. 20005
                                       (202) 371-7983
                                       donald.salzman@skadden.com

                                       Counsel for Corey Johnson

3