**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2020

_____

RESPONSE REQUESTED
_____

No. 20-8,    In re: Corey Johnson
3:92-cr-00068-DJN-2

TO:    United States of America

RESPONSE DUE: **06/12/2020 by 12:00 p.m.**

Response is required to the motion for leave to file a reply and motion for abeyance on or before **06/12/2020 by 12:00 p.m.**

Emily Borneisen, Deputy Clerk
804-916-2704