No. 20-8

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**IN RE COREY JOHNSON,**

**Movant.**

---

**CAPITAL CASE**

**MOTION FOR LEAVE TO FILE REPLY TO
UNITED STATES' RESPONSE TO MOTION TO HOLD IN ABEYANCE
PENDING DECISION BY THIS COURT IN *TAYLOR V. UNITED STATES***

Donald P. Salzman
Austin K. Brown
Kathleen Shelton
Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Movant*

Pursuant to Federal Rule of Appellate Procedure 27, Movant Corey Johnson respectfully requests leave to Reply to the United States' Response to the Motion for Authorization.[1]  Although the Federal Rules of Appellate Procedure and this Court's local rules do not address the filing of a reply in support of a Motion for Authorization under Local Rule 22(d), the Federal Rules of Appellate Procedure generally permit a party seeking relief an opportunity to reply to any opposition. *See, e.g.*, Fed. R. App. P. 27(a)(4) (permitting reply to response to a motion); Fed. R. App. P. 28(c) (permitting a reply brief).  Mr. Johnson respectfully requests permission to file a reply to briefly address certain improper and misleading arguments presented by the Government.

Respectfully submitted,

/s/Donald P. Salzman
Donald P. Salzman
Austin K. Brown
Kathleen Shelton
Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7983

---

[1] Mr. Johnson's counsel conferred by email with the Government on June 12, 2020.  The Government has no objection to the filing of this motion.

1

donald.salzman@skadden.com

Counsel for Corey Johnson

## CERTIFICATE OF COMPLIANCE

1.      This motion contains 144 words, excluding the parts of the motion exempted from the word count by Local Rule 27(d)(2) and Rule 32(f).

2.      This motion complies with the font, spacing, and type size requirements set forth in Local Rule 32(a)(5) and (a)(6).

/s/ Donald P. Salzman

## CERTIFICATE OF SERVICE

I certify that on this 12th day of June 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

Dated: June 12, 2020                    /s/ Donald P. Salzman
                                        Skadden, Arps, Slate, Meagher &
                                        Flom LLP
                                        1440 New York Avenue, N.W.
                                        Washington, D.C. 20005
                                        (202) 371-7983
                                        donald.salzman@skadden.com

                                        Counsel for Corey Johnson

4