FILED:  June 12, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-8
(3:92-cr-00068-DJN-2)

_____

In re: COREY JOHNSON, a/k/a O, a/k/a CO

Movant

_____

O R D E R

_____

Upon consideration of the motion for leave to file reply to response to

motion to hold in abeyance, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk