No. 20-8

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**IN RE COREY JOHNSON,**

**Movant.**

---

## CAPITAL CASE

## MOTION TO HOLD IN ABEYANCE PENDING DECISION BY
## THIS COURT IN *UNITED STATES V. DICKERSON*

---

Donald P. Salzman
Austin K. Brown
Kathleen Shelton
Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com

*Counsel for Movant*

Corey Johnson, through his undersigned counsel, respectfully moves this Court to hold his case—specifically, Mr. Johnson's Motion for Authorization to File a Successive Motion Pursuant to 28 U.S.C. § 2255(h)(2) (hereafter, "2255 Motion")—in abeyance pending this Court's pending decision in *United States v. Dickerson*, No. 20-6578. In support thereof, Mr. Johnson states as follows.

1.     This motion arises from Mr. Johnson's challenge pursuant to § 2255(h)(2) to his convictions for violating 18 U.S.C. § 924(c) because a new rule of constitutional law was announced in *United States v. Davis*, 139 S. Ct. 2319 (2019). In Mr. Johnson's case, the record does not conclusively establish the predicate offense upon which the jury relied in convicting Mr. Johnson under § 924(c). Instead, the indictment pointed to multiple possible underlying offenses under 18 U.S.C. § 1959(a) and 21 U.S.C. §§ 846 and 848(e)(1)(A).

2.     Mr. Johnson had requested that his case be held in abeyance pending a decision in *United States v. Taylor*, No. 19-7616, as to which the Fourth Circuit granted a certificate of appealability on the question of whether a § 924(c) conviction is subject to vacatur where the indictment charged multiple predicates, one of which is invalid ("ambiguous record issue," which arises when the record is silent on which of the offenses necessarily served as the basis for the § 924(c) convictions). *See Johnson*, Doc. 13 (Motion to Hold in Abeyance Pending Decision filed June 9, 2020). This Court granted that motion. *See Johnson*, Doc.

20 (Order granting filed July 15, 2020). However, this Court ultimately did not decide the ambiguous record issue, instead ruling in such a way that obviated the need to address the issue. *See United States v. Taylor*, No. 19-7616, 2020 WL 6053317, at *1 n.1 (4th Cir. Oct. 14, 2020).

3.      Although *Taylor* did not decide the ambiguous record issue, this Court has pending before it another case in which that issue is the only one presented: *United States v. Dickerson*, No. 20-6578. Having placed Mr. Dickerson's case in abeyance for *Taylor*, *see* No. 20-6578, Doc. 9 (Order granting abeyance, filed May 26, 2020), this Court took the case out of abeyance on October 20 when it issued a formal briefing order in the case. *See Dickerson*, No. 20-6578, Doc. 13 (Briefing Order filed October 20, 2020). The formal opening brief and appendix are presently due on November 30.

4.      Because *Dickerson* will resolve the major substantive issue in Mr. Johnson's case concerning the continued validity of his § 924(c) convictions, Mr. Johnson respectfully requests that this Court hold his case in abeyance until *United States v. Dickerson* is resolved by this Court.[1]

---

[1]  In accordance with Fourth Circuit Local Rule 27(a), Mr. Johnson's counsel conferred by email with the Government on October 28, 2020. The Government indicated that it will oppose Mr. Johnson's Motion.

Respectfully submitted,


/s/Donald P. Salzman
Donald P. Salzman
Austin K. Brown
Kathleen Shelton
Peyton Chaney
Darren M. Welch
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Ave. NW
Washington, DC 20005
(202) 371-7983
donald.salzman@skadden.com


Counsel for Corey Johnson

## CERTIFICATE OF COMPLIANCE

1.      This motion contains 440 words, excluding the parts of the motion exempted from the word count by Local Rule 27(d)(2) and Rule 32(f).

2.      This motion complies with the font, spacing, and type size requirements set forth in Local Rule 32(a)(5) and (a)(6).

/s/ Donald P. Salzman

## CERTIFICATE OF SERVICE

I certify that on this 30th day of October 2020, the foregoing document was served on all parties or their counsel of record though the CM/ECF system and will be served electronically via email on the attorney listed below:

Richard Cooke, Esq.
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamison Avenue
Alexandria, Virginia 22314
Richard.Cooke@usdoj.gov

Dated: October 30, 2020

/s/ Donald P. Salzman
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7983
donald.salzman@skadden.com

Counsel for Corey Johnson