**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 30, 2020

_____

RESPONSE REQUESTED
_____

No. 20-8,    In re: Corey Johnson
3:92-cr-00068-DJN-2

TO:    United States of America

RESPONSE DUE: 11/09/2020

Response is required to the motion for abeyance on or before 11/09/2020.

Emily Borneisen, Deputy Clerk
804-916-2704